IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

USA,

v.   CASE NO. 1:94-cr-01055-MP All Defendants

DOUGLAS A FLYNN,

   Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 66, Request for Copies of Judgment & Commitment and Sentencing Transcripts by Douglas A. Flynn. The Court contacted the Office of the Federal Public Defender to inquire whether the defendant has been provided the requested documents. The Office of the Federal Public Defender responded to the defendant's request, and provided him with a copy of the Judgment & Commitment, Doc. 53. However, the Office of the Federal Public Defender no longer has the Sentencing Transcripts, Doc. 59. The file was archived by the Court in 2002. Nevertheless, the defendant may obtain a copy of the transcript at his expense by contacting the court reporter, Judy Nolton, at the United States Courthouse,111 N. Adams St. Tallahassee, Florida 32301.

   Accordingly, it is now **ORDERED** as follows:

1. Defendant's request for a copy of his Judgment & Commitment, Doc. 66, is DENIED as moot.

2. Defendant's request for a copy of his Sentencing Transcripts, Doc. 66, is DENIED on the grounds that the file has been archived.

   **DONE AND ORDERED** this 31st day of October, 2011.

                                      *s/ Gary R. Jones*
                                    GARY R. JONES
                                    United States Magistrate Judge